**Law Offices of Mark Bernstein**

26 Court Street, Suite 2500
Brooklyn, New York 11242
Tel. (917) 200-7270
E-mail: bernsteinlaw@gmail.com

March 18, 2020

**Via Electronic Case Filing**
Chambers of the Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:   Donald and Vaidmatie Singh
      Case No: 12-44491-ess

Dear Judge Stong:

Please let this confirm the adjournment of the loss mitigation status hearing scheduled for March 19, 2029 to April 28, 2020 at 9:30 a.m. concerning the Debtors' residence located at 109-20 110th Street. I attempted to contact prior counsel for PNC Bank ("PNC") in the state court foreclosure action and it is unclear if they are representing PNC here. Please be advised that I still tried to call that counsel, but the firm's message stated that no one was in the office due to the coronavirus.

Respectfully submitted,

*/s/ Mark R. Bernstein*

Mark R. Bernstein